Teague I. Donahey (ISB# 9963)
Christopher C. McCurdy (ISB #8552)
HOLLAND & HART LLP
800 W. Main Street
Suite 1750
Boise, ID  83702-5974
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
tidonahey@hollandhart.com
ccmccurdy@hollandhart.com

Attorneys for Defendant/Counterclaimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NELSON-RICKS CHEESE COMPANY, INC., an Idaho corporation,<br><br>   Plaintiff,<br>v.<br><br>LAKEVIEW CHEESE COMPANY, LLC, a Nevada limited liability company,<br><br>   Defendant. | Case No.  4:16-cv-00427-REB<br><br>**DECLARATION OF CHRISTOPHER C. MCCURDY IN SUPPORT OF DEFENDANT LAKEVIEW CHEESE COMPANY, LLC's EMERGENCY MOTION TO QUASH SUBPOENAS AND TO ISSUE PROTECTIVE ORDER** |
| LAKEVIEW CHEESE COMPANY, LLC, a Nevada limited liability company,<br><br>   Counterclaimant<br>v.<br><br>NELSON-RICKS CHEESE COMPANY, INC., an Idaho corporation,<br><br>   Counterclaim-Defendant. | |

**DECLARATION OF CHRISTOPHER C. MCCURDY IN SUPPORT OF DEFENDANT LAKEVIEW CHEESE COMPANY, LLC's EMERGENCY MOTION TO QUASH SUBPOENAS AND TO ISSUE PROTECTIVE ORDER – Page 1**

I, Christopher C. McCurdy, declare and state as follows:

1. I am an attorney in the Boise office of the law firm Holland & Hart LLP and I am duly licensed to practice law in the state of Idaho. I am one of the attorneys representing Defendant Lakeview Cheese Company, LLC ("Lakeview") in the above-captioned matter. I make this Declaration in support of Lakeview Cheese's Emergency Motion to Quash Subpoenas and Issue Protective Order. I have personal knowledge of the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and accurate copy of documents obtained from a third party, Kirk Mackert, via a third-party subpoena served in this action by Lakeview.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the Notice of Third Party Subpoenas and the fifteen (15) Subpoenas to Produce Documents, Information, or Objects or to Permit Inspective of Premises in a Civil Action to third-parties I received by email on September 29, 2017.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the Plaintiff's Fifth Set of Requests for Production of Documents and Things I received by email on September 29, 2017.

5. On October 3, 2017, I had a telephone conference with NRCC's counsel, Mr. John Avondet. During that conference, I informed Mr. Avondet of the nature of Lakeview's objections to the third-party subpoenas and of Lakeview's request that the Subpoenas be withdrawn. Mr. Avondet requested the opportunity to confer with his client. Mr. Avondet also relayed that his client distrusts Lakeview and does not believe Lakeview would be forthcoming in response to discovery. The following day, October 4th, Mr. Avondet and I again spoke by telephone regarding Lakeview's objections to the subpoenas. Mr. Avondet had not yet spoken

with his client at the time of our phone call, so we agreed that both parties would consider Lakeview's obligations to meet and confer satisfied if Mr. Avondet did not have client contact by noon on October 5th.  Attached as **Exhibit D** is a true and accurate copy of the email I sent Mr. Avondet in follow-up to our phone conversation.

6. Shortly before the close of business on October 4th, Mr. Avondet sent me an email stating that he had conferred with his client and that NRCC will not agree to withdraw the subpoenas, the parties are at an impasse, and that we have met and conferred in good faith on the issue.

7. Attached hereto as **Exhibit E** is a true and accurate copy of the Complaint filed on August 15, 2013 in *Lakeview Cheese Co., LLC. v. Nelson-Ricks Creamery Co., et al.*, No. 4:13-cv-00361-BLW (D. Idaho).

8. Attached hereto as **Exhibit F** is a true and accurate copy of the March 31, 2014 Order Granting Stipulated Motion for Permanent Injunction Against Nelson-Ricks Cheese Company, Inc. and Greenberg Cheese Company, ECF No. 48, filed in *Lakeview Cheese Co., LLC. v. Nelson-Ricks Creamery Co., et al.*, No. 4:13-cv-00361-BLW (D. Idaho).

9. Attached hereto as **Exhibit G** is a true and accurate copy of a May 2015 email from Michael Greenberg previously produced in this action by NRCC as NRCC000400.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED October 20, 2017

**DECLARATION OF CHRISTOPHER C. MCCURDY IN SUPPORT OF DEFENDANT LAKEVIEW CHEESE COMPANY, LLC's EMERGENCY MOTION TO QUASH SUBPOENAS AND TO ISSUE PROTECTIVE ORDER – Page 3**

By: */s/ Christopher C. McCurdy*
   CHRISTOPHER C. MCCURDY

**DECLARATION OF CHRISTOPHER C. MCCURDY IN SUPPORT OF DEFENDANT LAKEVIEW CHEESE COMPANY, LLC's EMERGENCY MOTION TO QUASH SUBPOENAS AND TO ISSUE PROTECTIVE ORDER – Page 4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of October, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John M. Avondet – javondet@beardstclair.com
Jared W. Allen – allen@beardstclair.com

*Attorneys for Plaintiff Nelson-Ricks Cheese Company*

                                 /S/ TEAGUE I. DONAHEY
                                 for HOLLAND & HART LLP

**DECLARATION OF CHRISTOPHER C. MCCURDY IN SUPPORT OF DEFENDANT LAKEVIEW CHEESE COMPANY, LLC's EMERGENCY MOTION TO QUASH SUBPOENAS AND TO ISSUE PROTECTIVE ORDER – Page 5**