# EXHIBIT A

> And you're not making the sale either!

SMS Message received from Mike Greenburg 4/11/2016 4:43:33 PM

> I don't need the sales if you don't get them

SMS Message sent 4/11/2016 5:15:40 PM

> Good to know I won't worry about it anymore then!!

4/12/2016

SMS Message received from Mike Greenburg 4/11/2016 7:31:46 PM

> So I guess if it was easy money you could make a deal. I guess maybe you can't get it done, or you would get the easy money.

SMS Message sent 4/11/2016 7:34:00 PM

> You owe me, pay me, then. How was your meeting with them?

SMS Message received from Mike Greenburg 4/11/2016 8:28:44 PM

> And we still disagree

SMS Message sent 4/11/2016 8:29:58 PM

> Sorry to hear about the USDA inspection

SMS Message received from Mike Greenburg 4/11/2016 10:45:59 PM

> Well, if you don't want to help, then maybe you should go mind your own business.

SMS Message received from Mike Greenburg 4/11/2016 11:25:06 PM
SMS Message sent 4/12/2016 7:29:59 AM

> Not what your guys are saying

SMS Message received from Mike Greenburg 4/12/2016 10:19:43 AM

> So I'll talk to my guys, and I'd appreciate you not talking to my employees. Remember, your an ex disgruntled consultant/plant manager. And besides you can get the correct story from Mike Wiggs

SMS Message sent 4/12/2016 10:25:24 AM

> Mike I'm not disgruntled those are guys that I've known for years you can't stop me from talking to whoever I want to! so sorry to hear you lost your lead lady in California she was a good one too

KW 0001

KM000001

**SMS Message received from Mike Greenburg 4/12/2016 10:28:38 AM**

Watch me stop you. When I get done we with you I'll own your house. Stop talking to my employees or you will have a fight with me that you could never win. Just have some respect for my company that you quit on.

**SMS Message sent 4/12/2016 10:33:04 AM**

I'm just trying to offer my assistance because it seems like you're having a lot of problems! and remember you asked me to help you with T cells you contacted me

**SMS Message received from Mike Greenburg 4/12/2016 10:34:56 AM**

Well until we have a new working relationship, I don't want you driving by or stopping at my plant or talking to my employees, some had told me that you were bothering them

**SMS Message sent 4/12/2016 11:00:13 AM**

Remember how you said you paid everybody every time I'm sorry you feel like I'm such a thorn just trying to help! Guess I'll have to check with them to see which ones think I'm bothering them ! Let them read your text messages!

---4/15/2016---

**SMS Message received from Mike Greenburg 4/14/2016 6:29:19 PM**

You were not an employee. We disagree on if & how much you as a consultant are owed. Like I said before, we disagree. You don't like the way I want to resolve our dispute, I'm sorry. But again, I have given you a nice opportunity to make all your mistakes the last 6 months consulting with me go away & allow you to make a shit load of money compared to what you think is owed. This time, we do it my way.

**SMS Message sent 4/14/2016 6:44:05 PM**

I have business card that you had printed with the title as VP of NRC on them ? and as stated before there was nothing you said about me not dong my job until you gave me no choose other than to resign ! Which you owe me for my time last May 2015

**SMS Message received from Mike Greenburg 4/14/2016 7:08:19 PM**

Yea Your smart Wait a year Go get your attorney

**SMS Message sent 4/15/2016 9:09:31 AM**

That's why you lose all the time!!!!

KW 0001

KM000002

SMS Message received from Mike Greenburg 4/21/2016 5:16:36 PM

Go FUCK YOURSELF And by the way you dumb fucking asshole I pay good people & am patient longer than any other employer I know. I'm glad you & your 3 loser workers all left. Your decision, not mine All 4 of you ungrateful pieces of shit were paid way more then you deserved. Video tape & time clock proof So again your nothing but an unhappy lazy fat ass piece of shit. And all my scrap metal in Rexburg is worth at least 5 times that little piece of shit house you live in Fuck I got probably 10 cars in my garage worth more than your dump Hey I can shit the facts all nite long.

SMS Message sent 4/21/2016 5:23:28 PM

Let's mention all the other people that have quit you for the same thing you know who they are and by the way are your guys at the plant working Ha wonder why you'd be paying them with no milk and I'm glad you got a video tape that will come in handy in court I just needed you to admit to that

SMS Message received from Mike Greenburg 4/21/2016 5:29:05 PM

My attorney will use your fat bald head to wipe my ass after we shit on you in court Ask Wade how he did against me. Ask any other loser that couldn't get the job done & left. All of you losers combined haven't had the success I have had. I really don't understand why you keep pouring jet fuel on the bonfire. Oh I remember You FUCKING STUPID

SMS Message sent 4/21/2016 5:35:38 PM

Yes you did pay him the money you tried stealing from him by cutting his wages and your win loss record isn't too impressive just ask Joe

SMS Message sent 4/21/2016 5:36:39 PM

And when you get hit with the truth look how you respond you still don't know how to communicate without Poor word choice someday you may grow up have a great night I'll let you know how tomorrow goes

4/22/2016

SMS Message received from Mike Greenburg 4/21/2016 6:28:48 PM

Again Go fuck yourself I overpaid that worthless FUCK & carried his ass for 3 1/2 years Lakeview told him to get lost in less than a year Why don't you ask people that aren't free loading kazy bastards like you & Joe Oh Because your both dumb stupid lazy Shithead assholes And good nite to you, too

SMS Message sent 4/21/2016 7:17:06 PM

Mike everybody has the same opinion as I do you just don't like to listen to it and you pretend that it's not out there but all those things you're telling me and calling me that's what is going on out thereabout you and it is everybody's I'm still looking for the one in the real world do you ever get tired

KW 0001

KM000003

> SMS Message sent 9/14/2016 10:22:14 AM
>
> They appreciate the concern I have because they don't want random under grade product into their establishment but you should know that so all of that is my problem I won't jeopardize their business

SMS Message received from Mike Greenburg 9/14/2016 10:23:45 AM

Then I need to go visit and re-assure them because you obviously can't get that done.

> SMS Message sent 9/14/2016 10:29:58 AM
>
> How many times have you tried to go visit them and how many times do they not want to talk to you you know the drill I need to look at the plant grade the cheese before it ships I don't think you can deal with that and that's the only way it's going to happen so when you come to terms with that let me know

SMS Message received from Mike Greenburg 9/14/2016 10:51:43 AM

I'll keep trying & make sure I show them your comments. Just remember if I call Michael to a deposition, you might be facing a lawsuit Just an friendly FYI my friend

> SMS Message sent 9/14/2016 11:08:01 AM
>
> At least were keeping it friendly reputation is huge in this industry they have a quality product and want to maintain quality that's why there's a concern

SMS Message received from Mike Greenburg 9/14/2016 11:31:22 AM

They are not buying quality now And why would you even say I would send them undergrades when for 2 years we did not If I can't get that business you will get sued for slander, defamation, and a fee other things you wouldn't understand I'm really getting tired of your bullshit and now I'm beginning to wonder if Lakeview is paying you a commission on Miguel's purchases currently.

> SMS Message sent 9/14/2016 12:14:28 PM
>
> Because I was there and I knew the cheese that was shipping and they trusted me. Are you hurting for money so bad you have to threaten a lawsuit nobody has slandered anybody I'm giving you fax you still haven't sent me anything in writing to proceed

SMS Message received from Mike Greenburg 9/14/2016 12:22:22 PM

If they won't talk to me it's because you said something to keep them from trying to continue the business relationship my company had with them. If said stuff to them to change you are liable to the damage you created and my loss if their business. Hey I don't make the laws, It just might be easier to just file a lawsuit against you. You conversations for over a year cost me all that

business & weather you think you had anything to do with or not will be up to a judge. Just ask GAGLIO or Galen what a lawsuit with Mike costs them. Do you really wanna be next?

SMS Message sent 9/14/2016 12:25:55 PM

You never had there business when you hired me I got it for you remember?

SMS Message received from Mike Greenburg 9/14/2016 12:28:22 PM

And you told them to find a new supplier before you walked off the job Fuck you I'm tired of your bullshit I gave you $5,000 you didn't deserve & all you want to do is be a big petty baby You need an attorney now Asshole

SMS Message sent 9/14/2016 12:37:54 PM

☐

SMS Message received from Mike Greenburg 9/14/2016 12:40:51 PM

Even sitting in the Miami airport I can tell you Fuck you You Lying sack of shit



SMS Message sent 9/14/2016 12:42:32 PM

Is that your age ?

SMS Message received from Mike Greenburg 9/14/2016 12:44:00 PM

See what I mean your like a 12 year old puck GAGLIO spent over $150,000 fucking with me

KW 0001

KM000005

SMS Message received from Mike Greenburg 9/14/2016 12:45:32 PM

> Let's face it You know how to make really good no profit cheese I know how to run up the other side's legal bills quick

SMS Message sent 9/14/2016 12:46:09 PM

> Not what I heard I remember helping you burn labels

SMS Message received from Mike Greenburg 9/14/2016 12:49:16 PM

> And you think what you heard is true Your really a dumb shit You turned down over $30,000 to fuck me out if 5 So now I'm going to cost you a minimum of $100,000 just in legal bills The damages you'll have to pay me will bankrupt you I guarantee it

SMS Message sent 9/14/2016 12:51:17 PM

> You are not being very friendly !

SMS Message received from Mike Greenburg 9/14/2016 12:53:33 PM

> Why should I What have you done for me since 5-23-15 Asshole

SMS Message sent 9/14/2016 12:57:44 PM

> I have tried every time you ask me then you start calling me names

SMS Message received from Mike Greenburg 9/14/2016 1:06:18 PM

> So I'll stop calling you names But I won't stop a lawsuit between us

SMS Message sent 9/14/2016 1:33:04 PM

> ☐

9/15/2016

SMS Message received from Mike Greenburg 9/14/2016 7:41:48 PM
SMS Message sent 9/14/2016 8:28:32 PM

> Have a great night whatever you're thinking and talking about

SMS Message received from Mike Greenburg 9/14/2016 8:30:17 PM

> Fuck you

SMS Message sent 9/14/2016 8:31:05 PM

> Not a very good picture you might try again

KW 0001

SMS Message received from Mike Greenburg 9/14/2016 8:33:36 PM

And your an ugly fat ass

SMS Message sent 9/14/2016 8:33:54 PM

Come on give me another picture

SMS Message received from Mike Greenburg 9/14/2016 8:38:34 PM

Oh one of Mike's cars is worth more than you Period



SMS Message sent 9/14/2016 8:40:20 PM

Mike I don't have time for this quit wasting my time nobody cares !

SMS Message received from Mike Greenburg 9/14/2016 8:43:39 PM

Your the one that's been telling me you can make a sale took my money made me promises But can't even get a sample looked at

SMS Message received from Mike Greenburg 9/14/2016 8:43:51 PM

You can stop too

SMS Message sent 9/14/2016 8:44:37 PM

Hey I went by the plant several times your flunkies stood me up I got better things to do but it sure is fun

SMS Message received from Mike Greenburg 9/14/2016 8:46:20 PM

And that's how stupid you are that you think this is fun Fun will be seeing how big I can make your legal bills

KW 0001

KM000007

SMS Message sent 9/14/2016 8:57:04 PM

>  ☐

SMS Message received from Mike Greenburg 9/14/2016 8:57:43 PM

> Your not stopping

SMS Message sent 9/14/2016 9:00:39 PM

> Are u

---
9/17/2016

SMS Message received from Mike Greenburg 9/17/2016 10:28:03 AM

> Good morning Buddy How are you today? Just letting you know you're #1 & I'm in Idaho Falls at noon today til Tuesday nite. We can make a vat of horns for you if you think we can make it right. And if your around I can meet with you.



---
9/18/2016

SMS Message sent 9/17/2016 7:20:08 PM

> One minute you're going to sue me then you're show me your age in a picture now you're asking me to help you again you got to be kidding!

SMS Message received from Mike Greenburg 9/17/2016 7:39:01 PM

> Simple You said you would do your best to help if I gave you $5,000. You

KW 0001

KM000008

don't try to help, then you lied ,& I sue. And that might have been my age 59 years ago, but it's the maximum eye Q you ever had. Come on Buddy it should be a simple choice for you, at least helping us makes you money, but damaging my business & continuing to slander us will cost you. A simple agreement I provide #1 product to the customers you sell. you get paid. In writing. Full access to production, the plant & the records. It really is that simple. But the more you try to put extra conditions & complicate it the more I think your getting compensation from Lakeview for Miguel's purchases. And didn't you say we were having fun.

SMS Message sent 9/18/2016 8:39:59 AM

5000 for past due invoices I have went to the plant several times to be stood up and then you start the name calling and threats funny! then you ask for my help again?

SMS Message received from Mike Greenburg 9/18/2016 10:07:52 AM

Hey I just feel you & me need to go one way or the other, that's not funny, that's legally what should happen, we both committed to settling our past disagreement & made promises to try to move forward & secure old business that left the same time you did. We both have said shit back & forth do grow up & keep your word & let's make an effort to move forward & develop a decent working relationship. And also have a nice Sunday

SMS Message received from Mike Greenburg 9/18/2016 2:00:55 PM

Cane to visit Guess your still at church



SMS Message received from Mike Greenburg 9/18/2016 5:07:49 PM

What time are you co.ing home MN yea the one you sold

9/19/2016

SMS Message sent 9/19/2016 7:09:11 AM

KW 0001

KM000009



SMS Message received from Mike Greenburg 9/19/2016 1:33:54 PM

Current horn inventory in Rexburg



9/27/2016

SMS Message received from Mike Greenburg 9/27/2016 4:10:28 PM

Lakeview got served with a big lawsuit last Friday. You better decide real quick which side you want to be on.

SMS Message received from Mike Greenburg 9/27/2016 4:24:48 PM

I should have added you when you showed up on Galen's side. I'm just being polite & patient, but that won't last long once we get Lakeview's banking records & all contracts they have to buy & sell cheese. But hey, you've been honest with me all along. And really, you could end up with a $100,000 attorney bill in just 6 months. I told you I might end up with your house. And you can keep the old Dodge pickup in your garage.

From: Joe Farinella joefarinella@verizon.net
Subject: Fwd: FARINELLA VS GREENBERG
Date: Sep 17, 2014, 1:44:13 PM
To: Krit Idaho 2mackert2@gmail.com

I thought you might get a laugh out of this
Joe Farinella

Lakeview Cheese
714-746-9559

Sent from my Verizon Wireless 4G LTE DROID


-------- Original Message --------
Subject: Re: FARINELLA VS GREENBERG
From: Mike Greenberg <mike@greenbergcheesecompany.com>
To: Joe F <joefarinella@verizon.net>
CC: Teresa Valencia <teresav@greenbergcheesecompany.com>,Mary Greenberg <mary@greenbergcheesecompany.com>,CohenLaw@aol.com

Hey joe,
GOT FUCK YOURSELF
You took my money for 3.5 years plus and never did what you promised. Your base pay was more than it was supposed to be , your commissions were paid in excess of what you agreed to and your car allowance was extra to get a new car that ever happened. So the way I figure, this is very serious. And let's not forget all the nice things you've said about my company, my wife, and myself. So do yourself a favor and don't start a fight unless you got a lot of money to waste on fucking liar promising attorneys . Ask Greg how his attorney billed him & lied to him and then billed him some more. Or you can be like Ed, Norm, Doug Smith, and Mike Burns. They all tried to extort, and threaten me, and they all got big ass attorney bills and little else. Make sure you tell your attorney about the numerous company policies and procedures you not only didn't follow , but refused to follow and refused to be held accountable for your many mistakes or unauthorized direction of other employees that resulted in thousands of dollars

lost to the company. By the way, you were not terminated, you resigned, and then lied to get more money, and when that check cleared you resigned again. Your a 2 bit liar, cheater and scumbag. So now you get to go work for some people that are just like that. Have fun with your new big paycheck, new office, new bosses, new car. And you also forgot to return your company shirts when you resigned.
Thanks for the last 4 years of un-fulfilled promises, and un-met goals, your bad attitude and half ass performance.

Mike

Sent from my iPad

> On Sep 11, 2014, at 8:58 AM, "Joe F" <joefarinella@verizon.net> wrote:
>
> Hi Teresa,
>
> Please print the attached and give to Mike. Please let Mike know he can
> either contact my attorney or myself to discuss.
> Also, let Mike know this is serious, If he chooses to settle out -of court
> he needs to contact us no later Monday  9/15/2014. If not, law suit
> proceedings will  go into effect immediately.
>
> Joe Farinella
> 714 746-9559
>
> <Letter to Mike Greengerg 8-22.pdf>

KM000012