EXHIBIT C

John M. Avondet, ISB No. 7438
Jared W. Allen, ISB No. 5739
BEARD ST. CLAIR GAFFNEY PA
2105 Coronado Street
Idaho Falls, ID 83404-7495
Telephone: (208) 523-5171
Facsimile: (208) 529-9732
Email: javondet@beardstclair.com
        allen@beardstclair.com

Attorneys for the Plaintiff, Nelson-Ricks Cheese Company, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| NELSON-RICKS CHEESE COMPANY, INC., an Idaho corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>LAKEVIEW CHEESE COMPANY, LLC, a Nevada limited liability company,<br><br>        Defendant. | Case No.: 4:16-cv-00427-REB<br><br>PLAINTIFF'S FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS |

The Plaintiff, Nelson-Ricks Cheese Company, Inc. (NRCC), through counsel of record, Beard St. Clair Gaffney PA, submits the following Fifth Set of Requests for Production on Defendant, Lakeview Cheese Company, LLC (Lakeview).

## REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

**REQUEST FOR PRODUCTION NO. 41:** Please produce true and correct copies of all purchase orders for the purchase of cheese received by Lakeview from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 42:** Please produce true and correct copies of all order confirmations confirming orders for cheese generated by Lakeview from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 43:** Please produce true and correct copies of all invoices for cheese shipments shipped by Lakeview from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 44:** Please produce true and correct copies of all bills of lading for all shipments of cheese from Lakeview from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 45:** Please produce true and correct copies of all purchase orders for the purchase of cheese from Lakeview's Salt Lake City facility received by Lakeview from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 46:** Please produce true and correct copies of all order confirmations confirming orders for cheese from Lakeview's Salt Lake City facility generated by Lakeview from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 47:** Please produce true and correct copies of all invoices for cheese shipments shipped by Lakeview from its Salt Lake City facility from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 48:** Please produce true and correct copies of all bills of lading for all shipments of cheese from Lakeview from its Salt Lake City facility from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 49:** Please produce true and correct copies of all purchase orders for the purchase of "Banquet" cheese received by Lakeview from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 50:** Please produce true and correct copies of all order confirmations confirming orders for "Banquet" cheese generated by Lakeview from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 51:** Please produce true and correct copies of all invoices for "Banquet" cheese shipments shipped by Lakeview from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 52:** Please produce true and correct copies of all bills of lading for all shipments of "Banquet" cheese from Lakeview from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 53:** Please produce true and correct copies of all sales reports, production reports, financial statements, or other documents evidencing the total sales of cheese by Lakeview by year by volume from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 54:** Please produce true and correct copies of all sales reports, production reports, financial statements, or other documents evidencing the total sales of cheese by Lakeview by year by dollars from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 55:** Please produce true and correct copies of all sales reports, production reports, financial statements, or other documents evidencing the total sales of cheese by Lakeview from its Salt Lake City facility by year by volume from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 56:** Please produce true and correct copies of all sales reports, production reports, financial statements, or other documents evidencing the total sales of cheese by Lakeview from its Salt Lake City facility by year by dollars from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 57:** Please produce true and correct copies of all sales reports, production reports, financial statements, or other documents evidencing the total sales of "Banquet" cheese by Lakeview by year by volume from 2012 through the present.

**REQUEST FOR PRODUCTION NO. 58:** Please produce true and correct copies of all sales reports, production reports, financial statements, or other documents evidencing the total sales of "Banquet" cheese by Lakeview by year by dollars from 2012 through the present.

DATED: September 29, 2017.


*/s/ John M. Avondet*_____
John M. Avondet
Jared W. Allen
Of Beard St. Clair Gaffney PA
Attorneys for the Plaintiff

**CERTIFICATE OF MAILING OR HAND DELIVERY**

I certify I am a licensed attorney in the state of Idaho, I have my office in Idaho

Falls, Idaho, and on September 29, 2017, I served a true and correct copy of the *Plaintiff's*

*Fifth Set of Requests for Production of Documents and Things* upon the following by the

method of delivery designated:

Teague I. Donahey        ☑ US Mail     ☑ Email
Christopher C. McCurdy
Holland & Hart
800 W. Main Street, Ste. 1750
Boise, ID 83702-5974
Fax: (208) 343-8869


*/s/ John M. Avondet*_____
John M. Avondet
Jared W. Allen
Of Beard St. Clair Gaffney PA
Attorneys for the Plaintiff