# EXHIBIT D

# Nancy Hammond

| | |
|---|---|
| **From:** | Chris McCurdy |
| **Sent:** | Wednesday, October 4, 2017 3:59 PM |
| **To:** | John M. Avondet |
| **Cc:** | Teague Donahey; Nancy Hammond |
| **Subject:** | NRCC v. Lakeview Cheese - Discovery |

John,

To follow up on our phone conversation, it is my understanding that you are currently attempting to consult with your client regarding Lakeview's request for NRCC to withdraw the third-party subpoenas it provided notice of on Friday, September 29th.  In consideration of the time sensitive nature of Lakeview's objection to the subpoenas, you and I reached an agreement that if you do not have a response from your client by noon tomorrow, Thursday October 5th, the parties will consider Lakeview's obligation to meet and confer satisfied for purposes of Local Rule 37.1.  To reiterate our position, we believe that the third party subpoenas violate FRCP 26(b)(2)(C) because they are duplicative and can be obtained from more convenient sources and violate FRCP 26(c)(1) because they cause annoyance and harassment.  In our conversation yesterday, October 3rd, you confirmed that the content of the third-party subpoenas overlaps completely with the requests in NRCC's fifth set of RFPs to Lakeview, except with respect to the subpoenas' requests for communications.

Separately, we discussed the issue of upcoming depositions.  Please confirm whether NRCC agrees to allow Lakeview to take Michael Greenberg's individual and expert depositions (on the same date) in November, at or around the same time as the expert deposition of Laura Thieme.  The deadline for factual discovery is currently October 31, so absent an agreement on this point, Lakeview would seek Greenberg's individual deposition in October and his expert deposition in November.

Please let me know if anything represented above is incorrect or if you'd like to discuss further,

Chris

**Christopher C. McCurdy**
*Attorney*
Holland & Hart LLP
800 W. Main St., Suite 1750
Boise, ID 83702
Phone (208) 383-3962
Fax (208) 343-8869
E-mail: ccmccurdy@hollandhart.com



**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.