**DICKINSON WRIGHT PLLC**
ERIC D. HONE (ISB No. 5699)
Nevada Bar No. 8499 (Admitted *Pro Hac Vice*)
Email: ehone@dickinsonwright.com
GABRIEL A. BLUMBERG
Nevada Bar No.12332 (Admitted *Pro Hac Vice*)
Email: gblumberg@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Telephone: 702-550-4400
Facsimile: 844-670-6009

**RUCHTI & BECK LAW OFFICES**
JAMES D. RUCHTI (ISB No. 6366)
Email: james@idaholaw.us
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, Idaho 83201
Telephone: 208-478-5100
Facsimile: 208 232-5100

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| NELSON-RICKS CHEESE COMPANY, INC., an Idaho corporation, | ) ) | Case No.  4:16-cv-00427-DCN |
| | ) | |
| Plaintiff, | ) | **DEFENDANT/COUNTERCLAIMANT** |
| v. | ) | **LAKEVIEW CHEESE COMPANY,** |
| | ) | **LLC'S MOTION FOR SUMMARY** |
| LAKEVIEW CHEESE COMPANY, LLC, a | ) | **JUDGMENT** |
| Nevada limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Lakeview Cheese Company, LLC ("Lakeview"), by and through its counsel of

record, the law firms of Dickinson Wright PLLC and Ruchti & Beck, hereby moves the Court for

an order granting Lakeview summary judgment on all of the claims in Plaintiff Nelson-Ricks

Cheese Company Inc.'s ("NRCC") First Amended Complaint.

1

This Motion is brought pursuant to FRCP 56 and Local Rule 7.1, and is supported by a separate Statement of Undisputed Facts, a Memorandum in Support of Lakeview's Motion for Summary Judgment, the Declaration of Gabriel A. Blumberg, the Declaration of Julie A. Gerhardt, and any oral argument which the court would entertain.

Oral argument is requested.

DATED this 31st day of January 2018.

DICKINSON WRIGHT PLLC

ERIC D. HONE (ISB No. 5699)
Nevada Bar No. 8499 (Admitted *Pro Hac Vice*)
Email: ehone@dickinsonwright.com
GABRIEL A. BLUMBERG
Nevada Bar No.12332  (Admitted *Pro Hac Vice*)
Email: gblumberg@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113

RUCHTI & BECK LAW OFFICES
JAMES D. RUCHTI (ISB No. 6366)
Email: james@idaholaw.us
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, Idaho 83201

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January 2018, I caused the foregoing DEFENDANT/COUNTERCLAIMANT LAKEVIEW CHEESE COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John M. Avondet
Jared W. Allen
Beard St. Clair
520 First American Circle
Rexburg, Idaho 83440
Email: javondet@beardstclair.com
Email: allen@beardstclair.com

*Attorneys for Plaintiff Nelson-Ricks Cheese Company*

Bobbye Donaldson, an employee of
Dickinson Wright PLLC

LVEGAS 68975-7 205826v1

3