**DICKINSON WRIGHT PLLC**
ERIC D. HONE (ISB No. 5699)
Nevada Bar No. 8499 (Admitted *Pro Hac Vice*)
Email: ehone@dickinsonwright.com
GABRIEL A. BLUMBERG
Nevada Bar No.12332 (Admitted *Pro Hac Vice*)
Email: gblumberg@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Telephone: 702-550-4400
Facsimile: 844-670-6009

**RUCHTI & BECK LAW OFFICES**
JAMES D. RUCHTI (ISB No. 6366)
Email: james@idaholaw.us
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, Idaho 83201
Telephone: 208-478-5100
Facsimile: 208 232-5100

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NELSON-RICKS CHEESE COMPANY, INC., an Idaho corporation, | Case No. 4:16-cv-00427-DCN |
| Plaintiff, | |
| v. | **DEFENDANT LAKEVIEW CHEESE COMPANY, LLC'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| LAKEVIEW CHEESE COMPANY, LLC, a Nevada limited liability company, | |
| Defendant. | |

Defendant Lakeview Cheese Company, LLC ("Lakeview"), by and through its counsel of record, the law firms of Dickinson Wright PLLC and Ruchti & Beck, pursuant to Local Rule 7.1(b)(1) hereby submits the following Statement of Material Facts.

1

**A.     Lakeview**

1.      Lakeview is a Nevada limited liability company that packages and distributes cheese. Exhibit 1-A at 10:14-16; 13:20-24. In terms of distributing, Lakeview does not sell or market its cheese to retail consumers. Rather, Lakeview sells its cheese almost exclusively to food distributors and restaurants. *Id.* at 11:21-12:12:5.

**B.     Nelson-Ricks Creamery Company**

2.      Nelson-Ricks Creamery Company ("Creamery") was a Utah corporation that manufactured, packaged, and distributed cheese. One of the brands of cheese Creamery sold was BANQUET brand. By 2011, Creamery was struggling financially and had just two facilities: one in Salt Lake City, Utah, and one in Rexburg, Idaho. Exhibit 1-A at 30:8-32:5; Exhibit 1-C at 22:1-10.

3.      In 2011, the president of Creamery, Reagan Wood, contacted Lakeview's president, Greg Gaglio, to inform him that Creamery was closing down. During this communication, Wood and Gaglio discussed Lakeview buying both Creamery plants, with the Salt Lake City facility being purchased first and the Rexburg facility to follow later. Exhibit 1-A at 46:8-47:8.

4.      On November 29, 2012, Lakeview entered into an agreement with Creamery for the purchase of certain Creamery assets (the "Purchase Agreement"). Exhibit 1-D.

5.      As part of the Purchase Agreement, Lakeview acquired, *inter alia*, (i) the Salt Lake City facility, (ii) all existing inventory therein, (iii) intellectual property relating to the BANQUET brand including all trademark rights, and (iv) the Creamery's website, www.banquetcheese.com (the "Website"), which relates to cheese products sold under the BANQUET brand. *See id.*

6.  In addition to the Purchase Agreement, Lakeview and Creamery executed a Limited License Agreement pursuant to which Lakeview was permitted to use the name Nelson-Ricks Creamery Company "in connection with [Lakeview's] use, sale and exhaustion of the purchased inventory." Exhibit 1-E.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**C.  The Website**

7. On the date of the Purchase Agreement, the homepage of the Website appeared as follows below and included links to the following pages: "Home," "Products," "Online Store," "About Us," and "Contact." As evidenced from the screenshot below, the website does not contain any paid advertisements from any other commercial entity.[1]



*See* Gerhardt Declaration at ¶ 5, n. 23.

---

[1] It is not disputed by the parties that the Website appeared as it is presented on the "Wayback Machine" and depicted herein.

8. The last date on the internet Wayback Machine on which the Website contained links or tabs for the "Online Store" and "About Us" sections was September 10, 2013. On September 10, 2013, the "About Us" page was as follows:



See Gerhardt Declaration at ¶ 5, n. 146.

9.      It is this Defunct Page that forms the basis for NRCC's claims for trademark infringement, unfair competition, unfair business practices, and tortious interference with prospective economic advantage. *See* Exhibits 1-F, 1-G.

**D.    Lakeview Modifies the Website Contemporaneous With the Termination of the Creamery Limited License Agreement**

10.     In October 2012, the Creamery closed its Rexburg facility. Exhibit 1-C at 33:21-24. The plant was shut down and there were "absolutely zero sales" afterwards from the Rexburg facility. *Id.* at 47:7-10; 49:9-13.

11.     On May 9, 2013, the Creamery entered into an agreement to sell equipment and supplies from the Rexburg facility, as well as the underlying facility and real estate to NRCC Asset Acquisition LLC, an entity set up by Michael Greenberg ("Greenberg") to acquire the Rexburg assets. *See* Exhibit 1-I.

12.     Greenberg is the President of Nelson-Ricks Cheese Company ("NRCC") and has stated his propensity for pursuing lawsuits solely to harass his competitors and force them to incur substantial legal fees. *See* Ex. 1-Q. Moreover, Greenberg has a personal animus towards Gaglio and informs potential customers that Gaglio "lies, cheats and steals." Exhibit 1-C at 54:14-16.

13.     The transaction between Creamery and NRCC Asset Acquisition, LLC,[2] however, did not close until March 24, 2014, when the Creamery and NRCC Asset Acquisition LLC entered into the Fourth Amendment to Real Estate Purchase Agreement and Escrow Instructions. Pursuant to this Fourth Amendment, Creamery was to transfer the rights to the name "Nelson Ricks Creamery Company" to NRCC Asset Acquisition LLC. *See* Exhibit 1-I.

---

[2] NRCC has refused to produce any evidence demonstrating that it obtained the right to use the name Nelson-Ricks Creamery Company from Nelson-Ricks Asset Acquisition LLC. *See* Exhibit 1-H, Exhibit 1-K.

14. On April 9, 2014, Creamery revoked the Creamery Limited License Agreement with Lakeview "[i]n view of a contemplated sale of the remaining assets of Nelson-Ricks Creamery." *See* Exhibit 1-J.

15. The next available date the internet Wayback Machine has for the Website following NRCC Asset Acquisition LLC's closing of the transaction to obtain the rights to Nelson-Ricks Creamery Company and the termination of the Limited License Agreement is May 17, 2014. The May 17, 2014 version of the Website clearly demonstrates that the Website no longer contained links or tabs for the "Online Store" or "About Us" pages.



*See* Gerhardt Declaration at ¶ 5, n. 82.

16.     The lack of any tab for "Online Store" or "About Us" is consistent with Gaglio's testimony that Lakeview does not maintain any online portal for purchasing products. Exhibit 1-A at 54:14-16. Rather, Lakeview's sales are conducted by word of mouth or through sales representatives to wholesalers and other non-retail customers. *Id.* at 54:17-21.

### E.   NRCC Registers the Trademark Nelson-Ricks Creamery Company

17.     NRCC is a wholesale distributor of cheese products. Exhibit 1-C at 25:15-18. Similar to Lakeview, NRCC sells its products to other companies such as supermarkets, wholesalers, and restaurants. *Id.* at 26:22-24. NRCC does not sell "pieces for retail." *Id.* at 26:21-22. In short, like Lakeview, NRCC does not sell to retail customers.

18.     NRCC is a distinct entity from Nelson-Ricks Asset Acquisition LLC. Exhibit 1-B at 7:3-18.

19.     On August 11, 2014, NRCC applied for registration of the mark "Nelson-Ricks Creamery Company" with the U.S. Patent and Trademark Office. *See* Exhibit 1-L.

20.     On April 21, 2015—at least one year and three months after Lakeview removed the "About Us" page from the Website—NRCC registered the mark "Nelson-Ricks Creamery Company" with the U.S. Patent and Trademark Office. *See id.*

### F.   NRCC Unearths the Defunct "About Us" Tab of the Website

21.     Despite Lakeview removing the "About Us" and "Online Store" pages from the Website more than a year before Nelson-Ricks Cheese Company registered the mark "Nelson-Ricks Creamery Company," NRCC eventually discovered that it could still access the defunct "About Us" page from the Website by manually typing into its browser: www.banquetcheese.com/about (the "Defunct Page").

22.     On August 22, 2016, NRCC's counsel sent Lakeview a letter requesting that Lakeview remove the Defunct Page. *See* Exhibit 1-M.

8

23. Lakeview promptly responded on August 30, 2016 explaining the references to the Nelson-Ricks Creamery Company had been inadvertent, unintentional, and were immediately changed upon receipt of NRCC's letter. Lakeview invited a telephone call if NRCC had any further concerns. NRCC did not respond. *See* Exhibit 1-N.

24. Given the fact that the Defunct Page was unavailable to ordinary web browsers, it is unsurprising that NRCC has admitted it has no evidence of any instance of actual consumer confusion or any loss of sales because of the Defunct Page. *See* Exhibit 1-C at 55:19-25; 58:1-20. Indeed, NRCC cannot identify anyone other than itself that has viewed the Defunct Webpage. This point was highlighted when Greenberg terminated his deposition and stormed out of the deposition conference room when pressed for details about consumer confusion or NRCC's damages. Ex. 1-C at pp. 81-82.

DATED this 31st day of January 2018.

DICKINSON WRIGHT PLLC

_____
ERIC D. HONE (ISB No. 5699)
Nevada Bar No. 8499 (Admitted *Pro Hac Vice*)
Email: ehone@dickinsonwright.com
GABRIEL A. BLUMBERG
Nevada Bar No.12332 (Admitted *Pro Hac Vice*)
Email: gblumberg@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113

RUCHTI & BECK LAW OFFICES
JAMES D. RUCHTI (ISB No. 6366)
Email: james@idaholaw.us
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, Idaho 83201

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January 2018, I caused the foregoing to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John M. Avondet
Jared W. Allen
Beard St. Clair
520 First American Circle
Rexburg, Idaho 83440
Email: javondet@beardstclair.com
Email: allen@beardstclair.com

*Attorneys for Plaintiff Nelson-Ricks Cheese Company*

_____
An employee of Dickinson Wright PLLC

LVEGAS 68975-7 205917v1