EXHIBIT 1

**H1 LAW GROUP**
Eric D. Hone, ISB 5699
(Admitted *Pro Hac Vice*)
Email: eric@h1lawgroup.com
701 N Green Valley Pkwy, Suite 200
Henderson, Nevada 89074
Telephone: (702) 608-3720
Facsimile: (702) 608-3759

**RUCHTI & BECK LAW OFFICES**
James D. Ruchti, ISB No. 6366
Email: james@idaholaw.us
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, Idaho 83201
Telephone: (208) 478-5100
Facsimile: (208) 232-5100

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NELSON-RICKS CHEESE COMPANY, INC., an Idaho corporation,<br><br>Plaintiff,<br>v.<br><br>LAKEVIEW CHEESE COMPANY, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 4:16-cv-00427-DCN<br><br>**DECLARATION OF GREG GAGLIO IN SUPPORT OF DEFENDANT LAKEVIEW CHEESE COMPANY, LLC'S MOTION FOR SANCTIONS PURSUANT TO COURT'S MARCH 23, 2018 ORDER [DKT. 81]** |

I, Greg Gaglio, being first duly sworn, hereby state:

1. I am the President and Chief Executive Officer for Lakeview Cheese Company, LLC ("Lakeview"), Plaintiff in the above-captioned matter. I have personal knowledge of all facts addressed herein, except for those matters stated upon information and belief, and as to those matters, I believe them to be true, and if called upon to testify, could and would do so.

1

2. I make this declaration in support of Lakeview's Motion for Sanctions Pursuant to Court's March 23, 2018 Order [Dkt. 81] ("Motion").

3. Attached hereto as Exhibit 1-A is a true and correct copy of Lakeview's invoice from Holland & Hart in the above-captioned matter dated November 22, 2017, redacted to show only fees and costs related to moving to quash the subpoenas at issue in the Motion.

4. As set forth therein, Lakeview incurred attorneys' fees and costs in the amounts of $12,279.50 and $232.25, respectively, related to quashing the subpoenas at issue.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

EXECUTED this 5 day of April 2018.

_____
GREG GAGLIO

# EXHIBIT 1-A

# EXHIBIT 1-A

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
ATTORNEYS AT LAW

| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| --- | --- | --- |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

November 22, 2017

| Lakeview Cheese Co., LLC | Invoice No. | 1608948 |
| --- | --- | --- |
| Greg Gaglio | H&H Ref. No. | 2839981 |
| P.O. Box 60426 | Client No. | 81744 |
| Boulder City, NV  89006 | Attorney: | TIDonahey |

Regarding: Matter No. 0016 - Nelson-Ricks Cheese Company v.

## *Invoice Summary*

| | |
| --- | --- |
| **Current fees** | $24,268.00 |
| **Current disbursements** | $2,164.33 |
| **Current charges this invoice** | $26,432.33 |



Thank you for your prompt payment.  Questions regarding this invoice should be directed to the attorney responsible for your account, or Keena Just, Billing Specialist in our Boise office, at (208) 383-3906.

**Due On Receipt**

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
ATTORNEYS AT LAW

| 81744 Lakeview Cheese Co., LLC | Invoice No. | 1608948 |
| | H&H Ref. No. | 2839981 |

For professional services rendered through November 9, 2017

## Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; research regarding the ability to quash or otherwise intervene in third-party subpoenas (1.5); ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; | 10/01/17 | CCM | REDACTED |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review and analyze case law regarding protective orders to quash third-party subpoenas (.9); prepare for and attend telephone conference with opposing counsel to meet and confer on subpoena issue (.5); ▓▓▓ | 10/02/17 | CCM | REDACTED |
| Telephone conference with client and CCMcCurdy regarding status and strategy (.8); follow-up meeting with CCMcCurdy regarding upcoming tasks (.2); | 10/02/17 | TID | 1.00 |
| Telephone conference with opposing counsel to finalize meet and confer regarding third-party subpoenas (.3); email correspondence with opposing counsel regarding same (.3); ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 10/03/17 | CCM | REDACTED |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; email and telephone correspondence with opposing counsel regarding third party subpoenas; draft motion to quash subpoenas; | 10/04/17 | CCM | REDACTED |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 10/05/17 | CCM | REDACTED |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 10/05/17 | TID | REDACTED |

Page 2

IRS EMPLOYER NO. 84-0382505

## Holland & Hart LLP
ATTORNEYS AT LAW

| 81744 Lakeview Cheese Co., LLC | Invoice No. | 1608948 |
| | H&H Ref. No. | 2839981 |

### Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| REDACTED REDACTED; draft motion to quash and accompanying memorandum (1.8); review and analyze Judge Nye's procedures for discovery disputes, including background discussions with colleagues on same (.6); | 10/06/17 | CCM | REDACTED |
| Draft motion to quash third-party subpoenas and memorandum in support of same; | 10/07/17 | CCM | 3.10 |
| Draft motion to quash and accompanying declarations (2.0); compile exhibits in support of same (1.6); | 10/08/17 | CCM | 3.60 |
| Revise motion to quash subpoenas (.8); confer with TIDonahey regarding same (.3); REDACTED REDACTED telephone conference with opposing counsel regarding discovery dispute (.4); | 10/09/17 | CCM | REDACTED |
| Review and edit motion to quash subpoenas and correspondence with client regarding same (.7); coordinate same with CCMcCurdy (.2); REDACTED REDACTED | 10/09/17 | TID | REDACTED |
| Draft summary position statement in advance of conference call with chambers (.7); telephone conference with Judge Nye's chambers and email correspondence with same (.7); email correspondence with Mr. Greg Gaglio (.3); REDACTED REDACTED | 10/10/17 | CCM | REDACTED |
| Edit brief and correspondence to Judge Nye's clerk regarding motion to quash subpoenas (.3); coordinate strategy regarding motions with CCMcCurdy (.2); | 10/10/17 | TID | 0.50 |
| REDACTED REDACTED; email correspondence with Judge Nye's chambers | 10/11/17 | CCM | REDACTED |

Page 3

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
ATTORNEYS AT LAW

| 81744 Lakeview Cheese Co., LLC | Invoice No. | 1608948 |
|---|---|---|
| | H&H Ref. No. | 2839981 |

## Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| regarding upcoming motion (.3); draft written summary statement (.2); REDACTED | 10/11/17 | CBF | REDACTED |
| Revise position statement on motion to quash third-party subpoenas (1.0); REDACTED REDACTED | 10/12/17 | CCM | REDACTED |
| Finalize position statement on motion to quash and coordinate submission of same to the Court (2.5); REDACTED REDACTED REDACTED in | 10/13/17 | CCM | REDACTED |
| REDACTED | 10/13/17 | TID | REDACTED |
| | 10/14/17 | CCM | REDACTED |
| | 10/14/17 | TID | REDACTED |

IRS EMPLOYER NO. 84-0382505

## Holland & Hart LLP
ATTORNEYS AT LAW

| 81744 Lakeview Cheese Co., LLC | Invoice No. | 1608948 |
| | H&H Ref. No. | 2839981 |

### Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| REDACTED | 10/15/17 | CCM | REDACTED |
|  | 10/15/17 | TID |  |
|  | 10/16/17 | CCM |  |
|  | 10/16/17 | TID |  |
|  | 10/16/17 | BKF |  |
| Prepare for and attend telephonic conference with Judge Nye's chambers regarding motion to quash subpoenas (1.9); draft summary and confer with TIDonahey regarding same (.4); REDACTED | 10/17/17 | CCM | REDACTED |
| Correspondence with client regarding hearing on customer subpoenas (.2); | 10/17/17 | TID | 0.20 |

Page 5

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
ATTORNEYS AT LAW

| 81744 Lakeview Cheese Co., LLC | Invoice No. | 1608948 |
|---|---|---|
|  | H&H Ref. No. | 2839981 |

## Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| Email and telephone correspondence with opposing counsel regarding possible agreement on subpoenas and discovery documents (.6); email correspondence with Mr. Tim LuCarelli regarding same (.1); compile deposition transcripts and other documents and transmit to Mr. LuCarelli (.2); confer with TIDonahey regarding same (.3); draft addendum to protective order (.9); | 10/18/17 | CCM | 2.10 |
| Email correspondence with opposing counsel regarding subpoenas and Lakeview sales data (.4); draft summary of current issues and email correspondence with Judge Nye's chambers regarding same (.6); | 10/19/17 | CCM | 1.00 |
| Review correspondence from Mr. Jared Allen regarding resolution of discovery disputes and meeting with CCMcCurdy regarding response to same (.3); revise and edit draft addendum to protective order for financial and sales information and correspondence with client regarding same (.7); | 10/19/17 | TID | 1.00 |
| Review and analyze correspondence from opposing counsel regarding sales data and subpoenas (.6); confer with TIDonahey regarding same (.2); revise and finalize memorandum in support of motion to quash (2.0); draft and revise declarations in support; compile exhibits to declarations (.9); email correspondence with Mr. Tim LuCarelli regarding declarations (.4); | 10/20/17 | CCM | 4.10 |
| Review e-mails from Mr. Jared Allen regarding discovery disputes (.1); coordinate response to same with CCMcCurdy (.1); edit and finalize motion to quash (.2); | 10/20/17 | TID | 0.40 |
| Review and analyze order from district court regarding briefing schedules (.2); confer with TIDonahey regarding same (.2); email correspondence with opposing counsel regarding motion to quash, protective order addendum, and stipulation to continue (.4); REDACTED | 10/23/17 | CCM | REDACTED |
| REDACTED | 10/23/17 | TID | REDACTED |

Page 6

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
ATTORNEYS AT LAW

| 81744 Lakeview Cheese Co., LLC | Invoice No. | 1608948 |
| | H&H Ref. No. | 2839981 |

## Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| Review and analyze email correspondence with the Court regarding briefing to motion to quash (.3); review and analyze NRCC's brief in opposition to motion to quash (.5); confer with TIDonahey regarding reply brief (.3); draft reply in support of motion to quash (.4); | 10/24/17 | CCM | 1.50 |
| Revise, finalize, and coordinate filing of reply brief in support of motion to quash and draft declarations in support of same (3.6); confer with TIDonahey regarding revisions to same (.3); finalize exhibits in support of the reply brief (1.2); draft and coordinate filing of motion to extend time (.5); draft motion to supplement protective order (.6); email and telephone correspondence with opposing counsel regarding same (.5); | 10/25/17 | CCM | 6.70 |
| Revise and edit reply brief for motion to quash (.7); edit motion to supplement protective order (.3); REDACTED REDACTED | 10/25/17 | TID | REDACTED |
| Assist CCMcCurdy in converting emails and attachments into pdf documents for use as exhibits in support of reply brief to be filed; | 10/25/17 | BKF | 0.50 |
| Telephone conference with opposing counsel regarding pending motions (.4); email correspondence with Judge's chambers regarding same (.3); REDACTED REDACTED review and analyze order form the Court regarding motion to quash (.4); email correspondence with opposing counsel in reaction to same (.3); email correspondence with Mr. Greg Gaglio and Mr. Tim LuCarelli regarding same (.3); | 10/26/17 | CCM | REDACTED |
| Review and analyze orders granting motion to quash subpoenas, extension of schedule, and supplement to protective order; | 10/26/17 | TID | 0.20 |
| REDACTED | 10/27/17 | CCM | REDACTED |

Page 7

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
ATTORNEYS AT LAW

| 81744 Lakeview Cheese Co., LLC | Invoice No. | 1608948 |
|---|---|---|
| | H&H Ref. No. | 2839981 |

## Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| REDACTED | 10/30/17 | CCM | REDACTED |
| | 10/30/17 | TID | |
| | 10/31/17 | CCM | |
| | 11/01/17 | CCM | |
| | 11/02/17 | CCM | |

Total Current Fees: $24,268.00

### Timekeeper Summary

| Timekeeper | Tkpr ID | Rate | Hours | Amount |
|---|---|---|---|---|
| BKFeraci | 0724 | 190.00 | 0.70 | 133.00 |
| CBFrame | 5736 | 0.00 | 0.00 | 0.00 |
| CCMcCurdy | 5934 | 225.00 | 80.20 | 18,045.00 |
| TIDonahey | 5937 | 435.00 | 14.00 | 6,090.00 |
| | | | 94.90 | $24,268.00 |

Page 8

IRS EMPLOYER NO. 84-0382505

## Holland & Hart LLP
**ATTORNEYS AT LAW**

| 81744 Lakeview Cheese Co., LLC | Invoice No. | 1608948 |
| | H&H Ref. No. | 2839981 |

### Disbursements

| Description of Disbursements | Date | Amount |

**REDACTED**

| Computerized Research: VENDOR: LexisNexis CourtLink Inc.; INVOICE#: EA-731526; DATE: 10/1/2017 - Client ID: 906 | 10/01/17 | 207.83 |
| Computerized Research: Lexis | 10/05/17 | 24.42 |

**REDACTED**

Page 10

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
ATTORNEYS AT LAW

| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| --- | --- | --- |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

## November 22, 2017

| Lakeview Cheese Co., LLC<br>Greg Gaglio<br>P.O. Box 60426<br>Boulder City, NV   89006 | Invoice No.<br>H&H Ref. No.<br>Client No.<br>Attorney: | 1608948<br>2839981<br>81744<br>TIDonahey |
| --- | --- | --- |

Regarding: Matter No. 0016 - Nelson-Ricks Cheese Company v.

### *Invoice Summary*

| | |
| --- | --- |
| **Current fees** | $24,268.00 |
| **Current disbursements** | $2,164.33 |
| **Current charges this invoice** | $26,432.33 |

**REDACTED**

Due On Receipt

Please return this page with your remittance.