# EXHIBIT 1 - INVOICE

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
### ATTORNEYS AT LAW

| 81744 Lakeview Cheese Co., LLC | Invoice No. | 1608948 |
|---|---|---|
| | H&H Ref. No. | 2839981 |

For professional services rendered through November 9, 2017

## Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| ██████████████████████████████████████; research regarding the ability to quash or otherwise intervene in third-party subpoenas (1.5); ████████████████████████████; | 10/01/17 | CCM | ███ |
| ████████████████████████████████████); review and analyze case law regarding protective orders to quash third-party subpoenas (.9); prepare for and attend telephone conference with opposing counsel to meet and confer on subpoena issue (.5); ████████████████████████████; | 10/02/17 | CCM | ███ |
| Telephone conference with client and CCMcCurdy regarding status and strategy (.8); follow-up meeting with CCMcCurdy regarding upcoming tasks (.2); | 10/02/17 | TID | 1.00 |
| Telephone conference with opposing counsel to finalize meet and confer regarding third-party subpoenas (.3); email correspondence with opposing counsel regarding same (.3); ████████████████████████ | 10/03/17 | CCM | ███ |
| ████████████████████████████████████████████████████████████████████████████████; email and telephone correspondence with opposing counsel regarding third party subpoenas; draft motion to quash subpoenas; | 10/04/17 | CCM | 4.10 |
| ████████████████████████████████████ | 10/05/17 | CCM | ███ |
| ████████████████████████████████████ | 10/05/17 | TID | ███ |

Page 2