**H1 LAW GROUP**
Eric D. Hone, ISB 5699
(Admitted *Pro Hac Vice*)
Email: eric@h1lawgroup.com
701 N Green Valley Pkwy, Suite 200
Henderson, Nevada 89074
Telephone: (702) 608-3720
Facsimile: (702) 608-3759

**RUCHTI & BECK LAW OFFICES**
JAMES D. RUCHTI (ISB No. 6366)
Email: james@idaholaw.us
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, Idaho 83201
Telephone: 208-478-5100
Facsimile: 208 232-5100

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NELSON-RICKS CHEESE COMPANY, INC., an Idaho corporation,<br><br>Plaintiff,<br>v.<br><br>LAKEVIEW CHEESE COMPANY, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 4:16-cv-00427-DCN<br><br>**DEFENDANT LAKEVIEW CHEESE COMPANY, LLC'S MOTION FOR WRIT OF EXECUTION** |

Defendant Lakeview Cheese Company, LLC ("Lakeview"), through counsel, hereby submits the following Motion for Writ of Execution pursuant to the award of Judgment in its favor (Dkt. No. 95), as amended (Dkt. No. 111).

This Motion is made and based on Federal Rule of Civil Procedure 69 and the supporting declaration of Eric Hone submitted herewith.

A proposed Writ of Execution is submitted herewith for issuance by the Clerk of the Court.

DATED this 12th day of July 2019.

        **H1 LAW GROUP**

        Eric D. Hone, ISB 5699
        (Admitted *Pro Hac Vice*)
        Email: eric@h1lawgroup.com
        701 N Green Valley Pkwy, Suite 200
        Henderson, Nevada 89074
        Telephone: (702) 608-3720
        Facsimile: (702) 608-3759

        and

        **RUCHTI & BECK LAW OFFICES**
        James D. Ruchti (ISB No. 6366)
        Email: james@idaholaw.us
        Oakley Building
        1950 E. Clark Street, Suite 200
        Pocatello, Idaho 83201

        *Attorneys for Defendant*