**H1 LAW GROUP**
Eric D. Hone, ISB 5699
(Admitted *Pro Hac Vice*)
Email: eric@h1lawgroup.com
701 N Green Valley Pkwy, Suite 200
Henderson, Nevada 89074
Telephone: (702) 608-3720
Facsimile: (702) 608-3759

**RUCHTI & BECK LAW OFFICES**
James D. Ruchti, ISB No. 6366
Email: james@idaholaw.us
Oakley Building
1950 E. Clark Street, Suite 200
Pocatello, Idaho 83201
Telephone: (208) 478-5100
Facsimile: (208) 232-5100

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NELSON-RICKS CHEESE COMPANY, INC., an Idaho corporation,<br><br>                  Plaintiff,<br>v.<br><br>LAKEVIEW CHEESE COMPANY, LLC, a Nevada limited liability company,<br><br>                  Defendant. | Case No. 4:16-cv-00427-DCN<br><br>**DECLARATION OF ERIC D. HONE IN SUPPORT OF DEFENDANT LAKEVIEW CHEESE COMPANY, LLC'S MOTION FOR WRIT OF EXECUTION** |

I, Eric D. Hone, being first duly sworn, hereby state:

1. I am an attorney of record for Defendant Lakeview Cheese Company, LLC ("Lakeview") in the above-captioned matter. I am duly licensed to practice law in the State of Nevada, recently reactivated my license in Idaho, am admitted *pro hac vice* in this matter, and have personal knowledge of all facts addressed herein, except for those matters stated upon

1

information and belief, and as to those matters, I believe them to be true, and if called upon to testify, could and would do so.

2. I make this declaration in support of Defendant Lakeview Cheese Company, LLC's Motion for Writ of Execution.

3. Attached hereto as Exhibit A is a true and correct copy of the Judgment entered by the Court on July 12, 2018 (Dkt. No. 95).

4. Attached hereto as Exhibit B is a true and correct copy of the Amended Judgment entered by the Court on June 28, 2019 (Dkt. No. 111, together with Dkt. No. 95, the "Judgment").

5. The Judgment provides for the entry of judgment against Plaintiff Nelson-Ricks Cheese Company, Inc. in the amount of $292,270.91. *See* Dkt. No. 111.

6. The Judgment provides for post-judgment interest at the legal rate. *Id.*

7. A total of $21,436.87 in post-judgment interest for the period of July 12, 2018 through July 10, 2019 has accrued as provided for by Idaho Code Section 28-22-104(2).

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

EXECUTED this 12th day of July 2019.

_____
ERIC D. HONE

EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NELSON-RICKS CHEESE COMPANY, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAKEVIEW CHEESE COMPANY, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 4:16-cv-00427-DCN<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant, and this case closed.

DATED: July 12, 2018

_____
David C. Nye
U.S. District Court Judge

JUDGMENT - 1

EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NELSON-RICKS CHEESE COMPANY, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAKEVIEW CHEESE COMPANY, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 4:16-cv-00427-DCN<br><br>**AMENDED JUDGMENT** |

**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the prior judgment entered in favor of the Defendant (Dkt. 95) is amended[1] to include costs and fees as determined by the Court (Dkt. 109), resulting in a total judgment amount of $292,270.91. Interest to accrue at the legal rate until satisfied.

DATED: June 28, 2019

_____
David C. Nye
U.S. District Court Judge

---

[1] This Amended Judgment does not substantively change any actions previously taken in this case or alter any existing time requirements on appeal. The Court's sole purpose here is to clarify and complete the record by including attorney fees and costs—that it already awarded—in the Judgment.

**AMENDED JUDGMENT - 1**