IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| NELSON-RICKS CHEESE COMPANY, INC., an Idaho corporation, | ) ) ) | Case No. 4:16-cv-00427-DCN |
|---|---|---|
| Plaintiff, | ) ) | **[PROPOSED] WRIT OF EXECUTION TO THE UNITED STATES MARSHAL** |
| v. | ) ) | |
| LAKEVIEW CHEESE COMPANY, LLC, a Nevada limited liability company, | ) ) ) | |
| Defendant. | ) ) | |

| **Name and Address of Judgment Creditor**<br><br>Lakeview Cheese Company, LLC<br>c/o H1 Law Group<br>701 North Green Valley Pkwy, #200<br>Henderson, NV 89074 | Amount of Judgment: $ 292,270.91<br>Interest accrued at the legal rate from July 12, 2018, to July 10, 2018: $ 21,436.87<br>Total amount of Judgment through July 10, 2019: **$ 313,707.78**<br>Interest accrued at the legal rate until satisfied<br><br>Date of Entry of Judgment: July 12, 2018[1] |
|---|---|
| v. | |
| **Name and Address of Judgment Debtor**<br><br>Nelson-Ricks Cheese Company, Inc.<br>c/o John Avondet, Beard St. Clair Gaffney<br>2105 Coronado St<br>Idaho Falls, ID 83404 | |

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF IDAHO:**
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

**TO THE JUDGMENT DEBTOR:**
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

DATED this ___ day of _____ 2019.

_____
Clerk of the United States District Court
District of Idaho

---

[1] As modified in form only on June 28, 2019. *See* Amended Judgment, Attachment A at n.1.